Case 7:21-cv-00358   Document 54   Filed on 06/10/22 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
June 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CASE NO. | 7:21-CV-358 |
| § | TRACT: | RGV-RGC-1066 |
| 1.71 ACRES OF LAND, MORE OR § | | |
| LESS, SITUATE IN STARR COUNTY, § | | |
| STATE OF TEXAS; AND CITY OF § | | |
| ROMA, *et al.*, § | | |
| § | | |
| *Defendants.* § | | |

## **FINAL JUDGMENT**

Before the Court is the Stipulation for Revestment and Motion for Final Judgment[1] entered by Plaintiff, the United States of America ("United States"), and Defendant, City of Roma, Texas, in the above-styled condemnation action.

The unresolved tract in this case contains 0.824 of an acre for tract RGV-RGC-1066 (herein after "Subject Property"), located in Starr County, Texas, as described in the Declaration of Taking, as amended,[2] more specifically described in Schedule "EE" of said Amended Declaration of Taking in the real property identified as RGV-RGC-1066 (the "Subject Property") and more particularly described in Schedule "CC" and depicted in Schedules "DD" of the Amended Declaration of Taking.

Pursuant to 40 U.S.C. § 3117, the United States may agree or stipulate to the revestment of condemned property to resolve condemnation cases.

---

[1] Dkt. No. ___.
[2] Dkt. No. 3 and Dkt. No. 5.

On June 9, 2022, the Parties filed their Stipulation of Revestment, whereby the United States and Defendant jointly stipulated and agreed that all rights, title, and interest acquired by the United States associated with or appurtenant to the Subject Property have been **REVESTED** solely in Defendant, City of Roma, Texas as they existed immediately before the time of the filing of the Declaration of Taking and title vesting in the United States.  Defendant further accepted such **REVESTMENT** of the Subject Property.

Accordingly, pursuant to the Stipulation entered by the United States and Defendant, City of Roma, **IT IS HEREBY ORDERED AND ADJUDGED** that all rights, title, and interest acquired by the United States in the Subject Property, as described in the Amended Declaration of Taking, have been **REVESTED** back to Defendant, City of Roma.

It is further **ORDERED** and **ADJUDGED** that:

A. Pursuant to the parties' agreement to disburse funds, the Court now **ORDERS** the Clerk of Court to **DISBURSE** the sum remaining in the Registry of the Court, i.e., One Thousand dollars and 00/100 ($1,000.00), plus any accrued interest on this sum, payable to the order of "F&A Officer, USAED, Fort Worth." The check shall reference Tract Nos. RGV-RGC-1066.

B. The parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

C. The parties shall take no appeal from any rulings or judgments made by the Court in this action, and the parties consent to the entry of all motions, orders, and judgments necessary to make this stipulated judgment.

D. This final judgment is binding on the heirs, trustees, executors, administrators, devisees, successors, assigns, agents, and representatives of the parties.

The United States is further **ORDERED** to record this Final Judgment and the Stipulation of Revestment with the Official Records of Starr County, Texas, so as to provide notice with county deed records.

This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

SO ORDERED June 10, 2022, at McAllen, Texas.

                                   _____
                                   Randy Crane
                                   United States District Judge

